# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0695

VERSUS

ALBERT L. HUEY

**OCTOBER 6, 2025**

---

In Re:     Albert L. Huey, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-11-0038.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

WRIT DENIED.

PMc
HG

**Stromberg, J.,** concurs.  The application for postconviction relief is untimely on its face, and relator failed to meet his burden of proving an exception to the time limitation.  See La. Code Crim. P. art. 930.8(A).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT